**Motion Denied as Premature and Order filed June 14, 2018.**



In The

# 𝔉𝔬𝔲𝔯𝔱𝔢𝔢𝔫𝔱𝔥 𝔔𝔬𝔲𝔯𝔱 𝔬𝔣 𝔄𝔭𝔭𝔢𝔞𝔩𝔰

———————

## NO. 14-18-00270-CV

———————

**DON WADE, Appellant**

**V.**

**HOUSEHOLD FINANCE CORP. III, Appellee**

---

**On Appeal from the County Court at Law No. 1**
**Caldwell County, Texas**
**Trial Court Cause No. 540281101**

---

## O R D E R

No reporter's record has been filed in this case. The official court reporter for the County Court at Law No. 1 informed this court that appellant has not requested a reporter's record be prepared or made arrangements for payment for the reporter's record. On May 17, 2018, the clerk of this court notified appellant that we would consider and decide those issues that do not require a reporter's record unless appellant, within 15 days of notice, provided this court with proof of payment for the record. *See* Tex. R. App. P. 37.3(c). In response, appellant filed a motion for extension of time to file an appellant's brief.

Subsequent to the filing of the requested extension, the official court reporter for the County Court at Law No. 1 again informed this court that appellant has not requested a reporter's record be prepared. Accordingly, we order appellant to file a brief in this appeal on or before July 16, 2018. Appellant's motion for extension of time is denied as premature.

PER CURIAM

Panel consists of Justices Jamison, Wise, and Jewell.